Order issued January 8, 2013



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00525-CV

**TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellant**

**V.**

**JORDAN LEE FOSTER, Appellee**

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 76,266**

# O R D E R

On October 28, 2005, Foster was indicted for the offense of aggravated sexual assault of a child younger than fourteen years of age in cause number 23,241. On September 18, 2006, the State filed a motion to dismiss this cause in the 354th Judicial District Court. The district court granted the State's motion to dismiss.

Also, on September 18, 2006, in cause number 0602268, Foster was charged by information for the offense of assault causing bodily injury to another. Foster pleaded nolo contendre to the offense. The county court deferred Foster's adjudication and ordered that he be placed on community supervision for twenty-four months. On December 9, 2010, the county court signed an order of non-disclosure in cause number "CR0602268."

On December 14, 2010, Foster filed a petition for expunction in the 354th Judicial District Court. At the top of the petition, the cause number was typed as "23,241," however, this was crossed out and the cause number "76,266" was handwritten above it. The petition requested expunction of all records and files relating to the offense of aggravated sexual assault of a child in cause number 23,241. On December 2, 2011, the district court signed an order that granted Foster's petition for expunction with respect to the offense of "Assault Causing Bodily Injury," cause number "23,241," in the "354th Judicial District Court." The order lists the expunged offense as assault causing bodily injury, but lists the cause number and court associated with the offense of aggravated sexual assault of a child younger than fourteen years of age.

This Court **ORDERS** the district court to enter an order, making findings of fact as to the specific cause number and offense it expunged, and to file a supplemental clerk's record within **THIRTY DAYS** of the date of this order.

The appeal is **ABATED** to allow the district court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order.

MOLLY FRANCIS
PRESIDING JUSTICE

-2-